UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

**UNITED STATES OF AMERICA**

v.                                                           No.:   **5:11CR-39-R**

**COREY TERRELL SIVILS - 04**
    Defendant

**ORDER**

    This matter came before the court for a detention hearing.  The defendant appeared in person the custody of the United States Marshal with his attorney, the Honorable William M. Butler, Jr.  A.U.S.A. Larry Fentress appeared on behalf of the United States.  Counsel for the United States advised the court that he was withdrawing his detention motion and counsel for the parties agreed to conditions of release.

    It is **ORDERED** that the defendant be released from custody after execution of the Appearance Bond and Order Setting Conditions of Release.

0|40